

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:      01-11-00333-CV

Trial Court Cause
Number:      0851588

Style:      Andrew Whallon, Dahlia Garcia and Richard Grayshaw

**v**   City of Houston

Date motion filed[*]:      April 24, 2015

Type of motion:      Motion for Reconsideration of Motion for Extension of Time to File Appellant's Motion for Rehearing

Party filing motion:      Appellant Andrew Whallon

Document to be filed:      Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      February 20, 2015

     Number of previous extensions granted:      0

     Date Requested:      March 9, 2015

Ordered that motion is:

     ☒   Granted

         If document is to be filed, document due:   May 26, 2015

         ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

Judge's signature: /s/ Sherry Radack
         ☒ Acting individually      ☐ Acting for the Court

Date: May 5, 2015